UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-cv-193-JPG |
| ) | |
| SHERNAKEIA WARD, *individually and* ) | |
| *doing business as Keya's Corp., doing* ) | |
| *business as Fischer's Sports Bar & Grill*, ) | |
| and KEYA'S CORP., *doing business as* ) | |
| *Fischer's Sports Bar & Grill*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own initiative for purposes of case management. Specifically, the Court is concerned with Plaintiff J & J Sports Productions, Inc.'s ("J & J") failure to respond to Defendants Shernakeia Ward and Keya's Corp.'s Motion to Dismiss (Doc. 10).

Pursuant to Local Rule 7.1(c), J & J's response was due thirty days after said motion was served, but thirty days have passed and J & J has not responded. The Court may, in its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. S.D. Ill. L. R. 7.1(c).

Being fully advised of the premises, the Court hereby **ORDERS** J & J to **SHOW CAUSE** on or before **July 23, 2010**, why the Court should not construe its failure to timely respond to Defendants' dismissal motion as an admission of its merits and enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: July 6, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**