IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHERNAKEIA WARD, indv., and d/b/a/ KEYA'S CORP., d/b/a FISCHER'S SPORTS BAR & GRILL, and KEYA'S CORP., d/b/a FISCHER'S SPORTS BAR & GRILL, <br><br> Defendants. | Case No. 3:10-cv-00193-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff, J&J Sports Productions, Inc., in the amount of $10,500.00 and against defendants Shernakeia Ward, individually and d/b/a Keya's Corp., d/b/a Fischer's Sports Bar & Grill, and Keya's Corp., d/b/a Fischer's Sport's Bar & Grill on all claims.

**DATED: October 7, 2011**

**NANCY ROSENSTENGEL, CLERK**

APPROVED: *s/ J. Phil Gilbert*     s/Brenda K. Lowe, Deputy Clerk

**J. PHIL GILBERT**
**DISTRICT JUDGE**